IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Bobby Brockington and Robert Jolly, ) | C.A. No. 4:08-2324-TLW-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Wachovia Bank, N.A., as trustee for the ) | |
| registered holders Aegis Asset Backed ) | |
| Securities Trust Mortgage Pass-Through ) | |
| Certificates Series 2005-5, Ocwen Loan ) | |
| Servicing, LLC, a/k/a Ocwen Federal Bank; ) | |
| Korn Law Firm; Seals Law Firm, P.A., ) | |
| Premier Properties, and others as they ) | |
| become known, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that plaintiffs' claims against defendants Ocwen Loan Servicing, LLC, a/ka Ocwen Federal Bank and the Korn Law Firm be dismissed pursuant to Rule 41(b), Federal Rules of Civil Procedure and that this case be dismissed in its entirety as all other defendants have previously been dismissed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections

1

have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 62), and plaintiffs' claims against defendants Ocwen Loan Servicing, LLC, a/ka Ocwen Federal Bank and the Korn Law Firm are **DISMISSED** pursuant to Rule 41(b), Federal Rules of Civil Procedure. Additionally, this case is **DISMISSED** in its entirety as all other defendants have previously been dismissed.

.   **IT IS SO ORDERED.**


  s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

January 26, 2010
Florence, South Carolina